| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Gould, Ronald M | 2. Court or Organization U.S. Ct. of Appeals, 9th Cir. | 3. Date of Report 05/08/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address 1200 Sixth Avenue 21st Floor Seattle, Washington 98101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board | Chief Seattle Council, Boy Scouts of America |
| 2. Board | Ninth Judicial Circuit Historical Society |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY -9 A 11: 07 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M | 05/08/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M | 05/08/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab Broker. Acct. | | | | | | | | | |
| 2. Vanguard Long-Term Bond Index Fund | A | Int./Div. | K | T | | | | | |
| 3. Vanguard Intermediate Term Bond Index Fund | A | Int./Div. | J | T | | | | | |
| 4. Vanguard GNMA Fund | A | Int./Div. | J | T | | | | | |
| 5. Johnson Controls Inc., common stock | B | Dividend | L | T | | | | | |
| 6. Wells Fargo Bank Acct. | A | Interest | J | T | | | | | |
| 7. Perkins Building Partnership | A | Distribution | | | | | | | |
| 8. Vanguard/IRA Acct. for Ronald M. Gould | | | | | | | | | |
| 9. Vanguard Primecap Fund Admiral Shares | F | Dividend | P1 | T | partial sale | 08/31 | K | | |
| 10. Vanguard Short-Term Bond Index Fund Investor Shares | A | Dividend | | | conversion | 02/16 | M | | |
| 11. Vanguard Short-Term Bond Index Fund Admiral Shares | C | Dividend | M | T | conversion | 02/16 | M | | |
| 12. Vanguard Short-Term Investment-Grade Fund Investor Shares | B | Dividend | | | conversion | 05/18 | M | | |
| 13. Vanguard Short-Term Investment-Grade Fund Admiral Shares | C | Dividend | M | T | conversion | 05/18 | M | | |
| 14. Vanguard Capital Opportunity Fund Admiral Shares | F | Dividend | O | T | partial sale | 08/31 | K | | |
| 15. High-Yield Corporate Fund Admiral Shares | D | Dividend | M | T | buy | 01/12 | K | | |
| 16. GNMA Fund Investor Shares | C | Dividend | L | T | buy | 01/12 | K | | |
| 17. Intermediate-Term Invest-Gr Investor Shares | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gould, Ronald M | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Long-Term Invest-Gr Admiral Shares | D | Dividend | M | T | buy | 01/12 | K | | |
| 19. Developed Markets Index Fund | B | Dividend | K | T | buy | 01/12 | K | | |
| 20. Emerging Markets Stock Index Fund Investor Shares | | None | | | buy | 01/12 | K | | |
| 21. Emerging Markets Stock Index Fund Investor Shares | | None | | | buy | 01/24 | K | | |
| 22. Emerging Markets Stock Index Fund Investor Shares | | None | | | conversion | 11/16 | M | | |
| 23. Emerging Markets Stock Index Fund Admiral Shares | B | Dividend | M | T | conversion | 11/16 | M | | |
| 24. European Stock Index Fund Investor Shares | B | Dividend | K | T | buy | 01/24 | K | | |
| 25. Global Equity Fund | C | Dividend | K | T | buy | 01/12 | K | | |
| 26. International Growth Fund Investor Shares | C | Dividend | K | T | buy | 01/12 | K | | |
| 27. Pacific Stock Index Fund Investor Shares | A | Dividend | K | T | buy | 01/24 | K | | |
| 28. Vanguard Brokerage Services | | | | | | | | | |
| 29. ChevronTexaco Corp., common stock | | None | | | partial sale | 01/05 | M | | |
| 30. Chevron Texaco Corp., common stock | | None | | | sell | 01/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Regarding Part VII, line 7, although interest in Perkins Building Partnership was sold in full in September 2005, as reported in prior reports, during 2007 I received an additional distribution of $8, which reflected return of a share of an escrow deposit. I have no continuing interest in the partnership, so have listed the income but no value at year end.

On Part VII, I have transactions at lines 9 and 14 where I made a partial sale of particular stock mutual funds within my Vanguard IRA and this was accomplished by transferring funds received into Vanguard Prime Money Market Fund. This was technically an exchange from the listed fund to the Vanguard Prime Money Market Fund. Because this exchange was within the IRA, there was no gain.

On Part VII, transaction entries noted as "conversion" reflect conversion of Vanguard Investor Shares of the specified fund to become Admiral Shares of the same fund, which occurred when values reached a certain level. These conversions are reported at Part VII lines 10, 11, 12, 13, 22, and 23. The results were that I ended up with no Investor Shares in the funds specified and with Admiral Shares with values at the specified levels.

Please also note that the entries on Part VII, lines 1, 8, and 28 are for names of accounts, not assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544